UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRETON A. BOCCHIERI,<br><br>    Plaintiff<br><br>vs.<br><br>ROGER H. MOHLMAN, et al.,<br><br>    Defendants. | CASE NO. 2:07-CV-01787-ABC-EX<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal filed by plaintiff BRETON A. BOCCHIERI on February 17, 2009, and for cause appearing by virtue of defendant's bankruptcy, this Court hereby ORDERS that the above-captioned case is DISMISSED without prejudice.

DATED: February 23, 2009        _____
                                                 Hon. Audrey B. Collins

---

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**